In the Matter of the Claim of RAGNOR JOHNSON, Respondent, against DAHLSTROM METALLIC DOOR COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 6, 1931; decided February 10, 1931.)

*John S. Leonard* for appellants.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ.   Not sitting: KELLOGG, J.